# Court of Appeals
# of the State of Georgia

ATLANTA,__November 17, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A2323.  IN RE: MICHAEL B. KING**

Appellee's motion to dismiss appeal is GRANTED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____11/17/2015_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*